UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **FORTUNET, INC.**, a Nevada corporation, and **MILLENNIUM, INC.**, a Nevada corporation,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>**MELANGE COMPUTER SERVICES, INC.**, a Michigan corporation, and **PLANET BINGO, LLC.**, a California limited liability company,<br><br>Defendants/Counter-Plaintiffs. | U.S. District Court for the District of Delaware<br>Misc. Case No. _____<br><br>U.S. District Court for the District of Nevada<br>Case No. CV-S-04-1448 PMP (PAL) |

### DEFENDANT/COUNTER-PLAINTIFF MELANGE'S COMBINED MOTION QUASH SUBPOENA DUCES TECUM DIRECTED TO WITNESS LOCATED IN FOREIGN COUNTRY

NOW COMES Defendant/Counter-Plaintiff, Melange Computer Services, Inc. ("Melange"), by and through its undersigned counsel, and hereby moves this Honorable Court for and order quashing a subpoena duces tecum issued under the auspices of this Court and directed to a non-party witness located in a foreign county. This motion is supported by the contemporaneously filed Brief in Support:

*Respectfully submitted,*

ATTORNEYS FOR DEFENDANT
MELANGE COMPUTER SERVICES, INC.:

January 9, 2005

By: _____
Mark R. Fox
Fraser Trebilcock Davis & Dunlap, P.C.
124 West Allegan Street – Suite 1000
Lansing, Michigan 48933
(517) 482-5800