

December 30, 2005

Michael Rounds
Watson Rounds
5371 Kietzke Lane
Reno, NV 89511

Dear Mr. Rounds:

We represent BK Entertainment, Inc. We have received a copy of your subpoena in the matter of Fortunet, Inc. v. Melange Computer Services, Inc., Case No. CV-S-04-1448-PMP-(PAL). The subpoena does not comply with Federal Rule of Civil Procedure 45 or 28 U.S.C. § 1783. Specifically, Rule 45(a) provides that, if separate from a subpoena commanding the attendance of a person, a subpoena for production or inspection shall issue from the Court for the district in which the production or inspection is to be made. Moreover, Rule 45(b)(2) provides that a subpoena directed to a witness in a foreign country who is a national or resident of the United States shall issue under the circumstances and in the manner and be served as provided in 28 U.S.C. § 1783.

Because the subpoena is invalid under Federal Rule of Civil Procedure 45 and 28 U.S.C. § 1783, BK Entertainment objects to the subpoena and will not be producing the requested documents.

Very truly yours,

Gregory E. Karpenko

**Direct Dial:** 612.492.7064
**Email:** gkarpenko@fredlaw.com

GEK\kk\#3215374 – 44180.1000

cc:    Mark Fox, Esq.

EXHIBIT NO. 2

Attorneys & Advisors / Fredrikson & Byron, P.A.
main  612.492.7000 / 200 South Sixth Street, Suite 4000
fax  612.492.7077 / Minneapolis, Minnesota
www.fredlaw.com / 55402-1425

MEMBER OF THE WORLD SERVICES GROUP / OFFICES
A Worldwide Network of Professional Service Providers / Minneapolis, London, & Monterrey, Mexico