## FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
### LAWYERS

PETER L. DUNLAP+
DOUGLAS J. AUSTIN
MICHAEL E. CAVANAUGH
JOHN J. LOOSE
DAVID E.S. MARVIN◊
STEPHEN L. BURLINGAME
DARRELL A. LINDMAN
IRIS K. LINDER
GARY C. ROGERS
MARK A. BUSH
MICHAEL H. PERRY
BRANDON W. ZUK
DAVID D. WADDELL
MICHAEL C. LEVINE
THOMAS J. WATERS
MARK R. FOX*◻
MICHAEL S. ASHTON
H. KIRBY ALBRIGHT
GRAHAM K. CRABTREE
MICHAEL P. DONNELLY

EDWARD J. CASTELLANI◊
NAN ELIZABETH CASEY
PETER D. HOUK◊
JONATHAN E. RAVEN
THADDEUS E. MORGAN
ANNE BAGNO WIDLAK
ANITA G. FOX◻
ELIZABETH H. LATCHANA
TODD D. CHAMBERLAIN
RYAN M. WILSON
TAYLOR C. SEGUE III
MICHAEL R. BLUM
KENNETH S. WILSON*
BRIAN P. MORLEY*
JOHN D. MILLER*
TONI L. HARRIS‡
RYAN K. KAUFFMAN
JOSHUA S. SMITH
DOUGLAS L. MINKE
NICOLE L. PROULX

124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MICHIGAN 48933
TELEPHONE (517) 482-5800
FACSIMILE (517) 482-0887
WEBSITE www.fraserlawfirm.com

DETROIT OFFICE
TELEPHONE (313) 237-7300
FACSIMILE (313) 961-1651

ARCHIE C. FRASER
(1902-1998)
EVERETT R. TREBILCOCK
(1918-2002)

OF COUNSEL
JAMES R. DAVIS
DONALD A. HINES
RONALD R. PENTECOST

◊RETIRED CIRCUIT JUDGE
*ALSO LICENSED IN FLORIDA
◻ALSO LICENSED IN COLORADO
◊ALSO LICENSED IN DISTRICT OF COLUMBIA
◊ALSO CERTIFIED PUBLIC ACCOUNTANT
*ALSO LICENSED IN NORTH CAROLINA
^ALSO LICENSED IN GEORGIA
‡ALSO LICENSED BY U.S. PATENT AND TRADEMARK OFFICE

_Via Facsimile and First-Class Mail_

December 28, 2005

Michael D. Rounds, Esq.
Watson Rounds
5371 Kietzke Lane
Reno, NV 89511

Re:    _FortuNet, Inc. v. Melange Computer Services, Inc., et. al._
       Case No. CV-S-04-1448-PMP-(PAL)
       Honorable Philip M. Pro

Dear Mr. Rounds:

We just received your purported subpoena _duces tecum_ directed to BK Entertainment, Inc., a Canadian corporation, with a return date of January 6, 2006 at 5:00 p.m. in Wilmington, Delaware. We were, to say the least, quite surprised by this improper subpoena. As an experienced federal litigator, we would have assumed that you are aware that your purported subpoena is completely invalid, facially and otherwise. However, in the event that you were not so aware, we want to advise you so that you can promptly withdraw the subpoena.

Your purported _subpoena duces tecum_ was issued in violation of the requirements of F. R. Civ. P. 45(a)(2) because it was issued by you under the auspices of the U.S. District Court for the District of Nevada. However, "a subpoena for production or inspection shall issue from the court for the district in which the production or inspection is to be made." _Id._ Your purported _subpoena duces tecum_ also seeks to require compliance in a venue not authorized pursuant to F. R. Civ. P. 45(b)(2), (c)(3)(A)(ii),or (c)(B)(iii). You may wish to carefully review Rule 45 and also 28 U.S.C. § 1783 (which sets forth the procedure for subpoenaing a witness who is a national or resident of a foreign country), both of which were violated by your issuance of the subpoena.[1]

---

[1] Even if the subpoena were facially valid, we are unable to determine whether it was actually and properly served and accompanied by the witness fee and mileage check as required by Rule 45(b)(1) and (2). The purported _subpoena_ also does not allow for reasonable time for compliance as required by Rule 45(c)(3)(A)(i), and it also

EXHIBIT NO. 3

Michael D. Rounds, Esq.
December 28, 2005
Page 2

Typically, a party has no standing to challenge a subpoena to a third party. However, if the subpoena is issued in violation of law or court order, a party such as Melange does have standing to quash a subpoena. See, e.g., *In re Letter Rogatory from the Justice Court, District of Montreal, Canada*, 523 F.2d 562 (6th Cir. 1975) ("a party against whom the requested information is to be used has standing to challenge the validity of such a subpoena on the ground that it is in excess of the terms of the applicable statute, here 28 U.S.C. § 1782. We hold that Fecarotta has standing to challenge the validity of the subpoena on the theory that it is not authorized by section 1782, the governing statute."); *Integra Life Sciences I, Ltd v. Merck KGaA*, 190 F.R.D. 556 (S.D. Cal. 1999) ("Although Rule 45 only appears to authorize such a motion by the subpoenaed party, any party to the litigation would have the right to move for a protective order where the subpoena was in violation of case management orders issued under Fed.R.Civ.P. 16 and 26.")

It is our position that your purported subpoena constitutes (we assume unknowingly) an abuse of process and a misuse of the auspices of the federal court in Nevada. However, we know you will now wish to immediately rectify this inadvertent error. Therefore, kindly confirm in writing by December 30, 2006 that you have withdrawn your invalid and improper subpoena *duces tecum* and that you have so advised and notified BK Entertainment, Inc. of its withdrawal.

Thank you for your attention to this matter.

Sincerely,

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.

Mark R. Fox

cc:     Client
        Jeffrey L. Weiss, Esq.
        Karen J. Sepura, Esq.

---

violates the provisions of Rule 45(c)(1). However, given the facial and fatal defects, we need not even discuss its over breadth and lack of relevance.

```
                          ********************************
                          ***   MULTI TX/RX REPORT   ***
                          ********************************

TX/RX NO              0994
PGS.                  3
TX/RX INCOMPLETE      -----
TRANSACTION OK        (1)   17753338171
                      (2)   14809472663

ERROR INFORMATION     -----
```

# FAX MESSAGE

### ATTENTION

This message is intended for the use of the party to whom it is addressed. It may contain confidential information which is subject to the attorney-client privilege or is exempt from disclosure under applicable law. If you are not the intended recipient or an agent of the recipient, any use of this communication is prohibited. If you have received this communication in error, please notify this office immediately by calling us collect and return this message to us at the address below via U.S. Postal Service. Thank you.

**Fraser Trebilcock Davis & Dunlap, P.C.**
1000 Michigan National Tower
Lansing, MI  48933
517/482-5800
517/482-0887 (Fax)

TO:        Michael  D. Rounds                    No. of Pages (incl. this page): 3
           Jeff Weiss/Karen Sepura

FAX #:     (775) 333-8171
           (480) 947-2663

FROM:      Mark R. Fox

DATE:      December 28, 2005

IF YOU DO NOT RECEIVE ANY OF THE FOLLOWING PAGES, PLEASE CALL SUSAN GOODMAN AS SOON AS POSSIBLE AT: (517) 377-0884.

## MESSAGE: