

ELLY G. WATSON [1]
IICHAEL D. ROUNDS [1]
IATTHEW D. FRANCIS [2]

iLORIA M. HOWRYLA [1]
AMIE L. WINTER [1]
IRENT H. HARSH [3]
IATTHEW A. SARNOSKI [1]
ASON C. FOULGER
IRTHUR A. ZORIO [1]
DANIELLE C. MILLER
CASSANDRA P. JOSEPH [4]
COLT B. DODRILL

OF COUNSEL-
SIERRA PATENT GROUP

[1] Also licensed in California
[2] Also licensed in Utah
[3] Also licensed in Oregon
[4] Only licensed in California

5371 Kietzke Lane
Reno, Nevada 89511
(775) 324-4100
Fax (775) 333-8171
e-mail: reno@watsonrounds.com

The Atrium Building
333 North Rancho Drive
Suite 800
Las Vegas, Nevada 89106
(702) 636-4902
Fax (702) 636-4904

www.watsonrounds.com

Reply to: Reno

December 29, 2005

BK Entertainment
301 Louth Street
St. Catherines
Ontario, Canada L2S 3V6

Re: <u>FortuNet v. Melange, et al.</u>

To Whom It May Concern:

Please disregard the subpoena served upon BK Entertainment on December 22, 2005, as the previous subpoena had an incorrect issuing district. Please find enclosed a revised Subpoena to BK Entertainment, Inc.

Please feel free to contact me or Mr. Rounds with any questions.

Sincerely,

Tricia Trevino
Assistant to Michael D. Rounds
WATSON ROUNDS
A Professional Corporation

cc: Mark Fox
    Jeffrey Weiss

EXHIBIT NO. 4