**From:** Mark Fox
**To:** Michael Rounds of Watson Rounds
**Date:** 1/7/06 2:52PM
**Subject:** Subpoena to BK

Mike,

I have conducted additional research to confirm that my initial recollection of the law was correct, i.e., your new subpoena issued from the district court in Delaware is absolutely, undeniably, unequivocally, and completely invalid and unenforceable. You seem to be confused between the validity of service of process of a subpoena on a Delaware corporation and the validity of a subpoena itself on a witness located in a foreign country.

The Walsh Act, 28 U.S.C. 1783, governs the procedure for obtaining a subpoena for a U.S. witness located in a foreign county, and you have failed to comply with any of those requirements. Rule 45(b)(2) allows witnesses located in foreign countries to be subpoenaed only when allowed by a court pursuant to 28 U.S.C. 1783. However, a subpoena cannot be issued to a witness abroad unless the district court finds both that the subpoena is necessary in the interest of justice and that it is impossible to obtain the testimony or documents in any other manner. The validity of the Walsh Act has been upheld by the United States Supreme Court. See, e.g., Blackmer v. United States, 284 U.S. 421 (1932).

If after a showing is necessity, the district court authorizes the issuance of a subpoena under Secton 1783, it must be served according to the
methods provided in the Federal Rules of Civil Procedure, and the estimated travel expenses must be tendered to the witness at the time of service.

You simply have no argument, let alone a good faith argument, that your latest subpoena to BK is valid or enforceable. I'm confident that now that you have been advised of the law and your error, you would not knowingly maintain that your purported subpoena is valid or that BK is obligated to comply with it.

Therefore, please fax a letter to BK's lawyer, with a copy to me, by **12:00 noon, Monday, January 9, 2006**, withdrawing your December 29, 20906 subpoena to BK.

Thank you for your anticipated cooperation in this matter.

Mark R. Fox
Fraser Trebilcock Davis & Dunlap, P.C.
1000 Michigan National Tower
124 West Allegan Street - Suite 1000
Lansing, MI 48933
(517) 482-5800 - telephone
(517) 482-0887 - facsimile

**CC:** mrounds@watsonrounds.com; Tricia Trevino



EXHIBIT NO. 6