UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FORTUNET, INC., a Nevada corporation, and MILLENNIUM, INC., a Nevada corporation,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MELANGE COMPUTER SERVICES, INC., a Michigan corporation, and PLANET BINGO, LLC., a California limited liability company,<br><br>Defendants/Counter-Plaintiffs. | U.S. District Court for the<br>District of Delaware<br>Misc. Case No. _____<br><br><br>U.S. District Court for the<br>District of Nevada<br>Case No. CV-S-04-1448 PMP (PAL) |

## MOTION FOR ADMISSION PRO HAC VICE

NOW COMES, Mark R. Fox, and pursuant to D. Del. L.R. 85.3(c), hereby moves this Honorable Court to admit him, an out-of-state attorney, who is a member in good standing of the Bars of Michigan, Florida, and the District of Columbia, for the limited purpose of appearing and participating in the above-captioned miscellaneous case for the purpose of representing Melange Computer Services, Inc. in connection with a motion to quash a subpoena duces tecum issued under the auspices of this Court. In support hereof, Movant states:

1. I have not previously been admitted *pro hac vice*, or sought to be admitted *pro hac vice*, by the United States District Court for the District of Delaware.

FRASER
TREBILCOCK
DAVIS &
DUNLAP,
P.C.
LAWYERS
LANSING,
MICHIGAN
48933

2. I am a shareholder in the law firm of Fraser Trebilcock Davis & Dunlap, P.C., with offices located at 124 West Allegan Street, Suite 1000, Lansing, Michigan 48933, (517) 482-5800, and One Woodward Avenue, Suite 1550, Detroit, Michigan 48226, (313) 237-7300, where I have nearly twenty years of experience as a trial attorney, with an emphasis in the area of commercial litigation. Currently, I serve as Vice-President of my law firm and as Chair of its Litigation Department.

3. I am a member in good standing of the following bars as of the dates indicated:

- State of Michigan, May 12, 1987, Bar No. P-39902
- State of Florida, October 17, 1987, Bar No. 712612
- District of Columbia, July 9, 1990, Bar No. 423769
- U.S. Supreme Court, August 28, 1992
- U.S. Court of Appeals for the Sixth Circuit, August 28, 1987
- U.S. Court of Appeals for the Eight Circuit, November 13, 1991
- U.S. Court of Appeals for the Eleventh Circuit, January 13, 1997
- U.S. District Court for the Eastern District of Michigan, June 8, 1987
- U.S. District Court for the Western District of Michigan, June 1, 1987
- U.S. District Court for the Southern District of Florida, August 10, 1990
- U.S. District Court for the Middle District of Florida, December 13, 1991
- U.S. District Court for the District of Colorado, May 28, 1997

4. I have also previously been admitted *pro hac vice* by U.S. District Courts in Alabama, Connecticut, Iowa, Indiana, Kentucky, Massachusetts, Minnesota, Missouri, Nevada, New York, North Carolina, Ohio, Pennsylvania, Virginia, and West Virginia, and by the state courts in Illinois, Maryland, Minnesota, Tennessee, Ohio, and Washington. I have tried cases to verdict in both the state and federal courts.

5. I have never been denied admission or disciplined by any court or bar association.

6. I agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to attorneys admitted to practice before the bar of this Court in connection with my *pro hac vice* representation in this case.

FRASER
TREBILCOCK
DAVIS &
DUNLAP,
P.C.
LAWYERS
LANSING,
MICHIGAN
48933

2

7. I will comply with the associate counsel requirements of D. Del. L.R. 85.3(d) and (e) by associating within thirty days with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business.

8. I can be contacted at the following location: Fraser Trebilcock Davis & Dunlap, P.C., 124 West Allegan Street, Suite 1000, Lansing, Michigan 48933, (517) 482-5800 – telephone, (517) 482-0887 – facsimile, and mfox@fraserlawfirm.com – email.

Respectfully submitted,

January 9, 2006        By: _____
Mark R. Fox
Fraser Trebilcock Davis & Dunlap, P.C.
1000 Michigan National Tower
124 West Allegan Street – Suite 1000
Lansing, Michigan 48933
(517) 482-5800 – Telephone
(517) 482-0887 – Facsimile
mfox@fraserlawfirm.com

FRASER
TREBILCOCK
DAVIS &
DUNLAP,
P.C.
LAWYERS
LANSING,
MICHIGAN
48933

3