## FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
### LAWYERS

PETER L. DUNLAP+
DOUGLAS J. AUSTIN
MICHAEL E. CAVANAUGH
JOHN J. LOOSE
DAVID E.S. MARVINº
STEPHEN L. BURLINGAME
DARRELL A. LINDMAN
IRIS K. LINDER
GARY C. ROGERS
MARK A. BUSH
MICHAEL H. PERRY
BRANDON W. ZUK
DAVID D. WADDELL
MICHAEL C. LEVINE
THOMAS J. WATERS
MARK R. FOX*◻
MICHAEL S. ASHTON
H. KIRBY ALBRIGHT
GRAHAM K. CRABTREE
MICHAEL P. DONNELLY

EDWARD J. CASTELLANI◇
NAN ELIZABETH CASEY
PETER D. HOUKº
JONATHAN E. RAVEN
THADDEUS E. MORGAN
ANNE BAGNO WIDLAK
ANITA G. FOX◻
ELIZABETH H. LATCHANA
TODD D. CHAMBERLAIN
RYAN M. WILSON
TAYLOR C. SEGUE III
KENNETH S. WILSON*
ROBERT B. NELSON◻
BRIAN P. MORLEY~
JOHN D. MILLER^
TONI L. HARRIS‡
RYAN K. KAUFFMAN
JOSHUA S. SMITH
DOUGLAS L. MINKE
NICOLE L. PROULX

124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MICHIGAN 48933
TELEPHONE (517) 482-5800
FACSIMILE (517) 482-0887
WEBSITE www.fraserlawfirm.com

DETROIT OFFICE
TELEPHONE (313) 237-7300
FACSIMILE (313) 961-1651

ARCHIE C. FRASER
(1902-1998)
EVERETT R. TREBILCOCK
(1918-2002)
JAMES R. DAVIS
(1918-2005)

*OF COUNSEL*
DONALD A. HINES
RONALD R. PENTECOST

ºRETIRED CIRCUIT JUDGE
*ALSO LICENSED IN FLORIDA
†ALSO LICENSED IN COLORADO
◇ALSO LICENSED IN DISTRICT OF COLUMBIA
◻ALSO CERTIFIED PUBLIC ACCOUNTANT
~ALSO LICENSED IN NORTH CAROLINA
^ALSO LICENSED IN GEORGIA
‡ALSO LICENSED BY U.S. PATENT AND TRADEMARK OFFICE

January 11, 2006

Clerk of the Court
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

    RE:    Fortunet, Inc., et al v Melange Computer Services, Inc., et al
            Misc. Case No.: 06-MC-07

Dear Clerk:

On January 9, 2006, I filed Defendant/Counter-Plaintiff Melange's Brief in Support of Motion to Quash Subpoena Duces Tecum Directed to Witness Located in Foreign Country. Enclosed is replacement page 5 which corrects two minor typographic errors which are explained in the footnote on that page. Therefore, I would request page 5 of the brief be replaced with the enclosed corrected page 5. Also enclosed is a certificate of service.

Should you have any questions or concerns regarding the enclosed, please feel free to contact me at your convenience.

Sincerely,

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.

Mark R. Fox

MRF/sjl
Enclosures
cc:    Michael D. Rounds, Esq. (w/enclosures)
        Jeffrey Weiss, Esq. (w/enclosures)

MARK R. FOX
TONI L. HARRIS
FRASER TREBILCOCK DAVIS &
DUNLAP, P.C.
124 West Allegan Street, Suite 1000
Lansing, Michigan 48933
(517) 482-5800

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **FORTUNET, INC.**, a Nevada corporation, and **MILLENNIUM GAMES, INC.**, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**MELANGE COMPUTER SERVICES, INC.**, a Michigan corporation, and **PLANET BINGO, LLC.**, a California limited liability company,<br><br>Defendants. | CV-S-04-1448 PMP (PAL)<br>BASE FILE<br><br>DELAWARE:<br>**Misc. Case No.: 06-MC-07** |
| And Related Counterclaims | |
| And all Consolidated Matters | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of January, 2006, a copy of corrected page 5 of Defendant/Counter-Plaintiff Melange's Brief in Support of Motion to Quash Subpoena Duces Tecum Directed to Witness Located in Foreign Country was served by depositing a copy in the U.S. mail, first class postage prepaid, and addressed to the following at their last known addresses and facsimile transmission:

MICHAEL ROUNDS, ESQ.
WATSON ROUNDS
5371 Kietzke Lane
Reno, Nevada 89511

1

JEFFREY WEISS, ESQ.
WEISS, MOY & HARRIS, P.C.
4204 North Brown Avenue
Scottsdale, Arizona 85251-3914

                                               *Susan Lubitz*, an employee of
                                               Fraser Trebilcock Davis & Dunlap, P.C.

2