1 JOHN R. BAILEY
Nevada Bar No. 0137
2 JOSHUA M. DICKEY
Nevada Bar No. 6621
3 DAVID J. MERRILL
Nevada Bar No. 6060
4 BAILEY❑MERRILL
8691 West Sahara Avenue, Suite 200
5 Las Vegas, Nevada 89117-5830
(702) 562-8820
6 Fax: (702) 562-8821

7 MARK R. FOX
TONI L. HARRIS
8 FRASER TREBILCOCK DAVIS &
DUNLAP, P.C.
9 124 West Allegan Street, Suite 1000
Lansing, Michigan 48933
10 (517) 482-5800

11

## UNITED STATES DISTRICT COURT

12

## DISTRICT OF NEVADA

13

| | |
|---|---|
| 14  **FORTUNET, INC.**, a Nevada corporation, and **MILLENNIUM GAMES, INC.**, a Nevada 15  corporation, | CV-S-04-1448 PMP (PAL) BASE FILE |
| 16         Plaintiffs, | 06 mc 7 |
| 17  v. | |
| 18  **MELANGE COMPUTER SERVICES, INC.**, 19  a Michigan corporation, and **PLANET BINGO, LLC.**, a California limited liability company, 20         Defendants. | FILED  JAN 13 2006  U.S. DISTRICT COURT DISTRICT OF DELAWARE |
| 21 | |
| 22  And Related Counterclaims And all Consolidated Matters 23 | |

24

## CERTIFICATE OF SERVICE

25       I hereby certify that on the 10th day of January, 2006, a copy of Motion for Admission Pro Hac Vice, Defendant/Counter-Plaintiff Melange's Combined Motion to Quash Subpoena

BAILEY❑MERRILL
8691 WEST SAHARA AVENUE
SUITE 200
LAS VEGAS, NEVADA 89117
PHONE (702) 562-8820
FAX (702) 562-8821

1

BAILEY·MERRILL
8691 WEST SAHARA AVENUE
SUITE 200
LAS VEGAS, NEVADA 89117
PHONE (702) 562-8820
FAX (702) 562-8821

1  Duces Tecum Directed to Witness Located in Foreign Country and Brief in support was served
2  by depositing a copy in the U.S. mail, first class postage prepaid, and addressed to the following
3  at their last known addresses:  In addition, said documents were e-mail to Mr. Rounds on January
4  9, 2006.

5  MICHAEL ROUNDS, ESQ.
   WATSON ROUNDS
6  5371 Kietzke Lane
   Reno, Nevada  89511
7
   JEFFREY WEISS, ESQ.
8  WEISS, MOY & HARRIS, P.C.
   4204 North Brown Avenue
9  Scottsdale, Arizona 85251-3914

10
11
12
                                                            *Susan Lubitz* signature
13
                                                            Susan Lubitz, an employee of
14                                                          Fraser Trebilcock Davis & Dunlap, P.C.
15
16
17
18
19
20
21
22
23
24
25