IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FORTUNET, INC., a Nevada corporation and MILLENNIUM GAMES, INC., a Nevada corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>MELANGE COMPUTER SERVICES, INC., a Michigan corporation, and PLANET BINGO, LLC., a California limited liability company,<br><br>        Defendants.<br><br>And Related Counterclaims<br>And all Consolidated Matters | )<br>)<br>)<br>)   Misc. No. 06- 7 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael D. Rounds of Watson Rounds, 5371 Kietzke Lane, Reno, Nevada 89511, to represent plaintiffs FortuNet, Inc. and Millennium Games, Inc., and counter-defendant Jack Coronel in this matter.

                        POTTER ANDERSON & CORROON LLP

                        By: */s/ David E. Moore*
                             Richard L. Horwitz (#2246)
                             David E. Moore (#3983)
                             Hercules Plaza 6th Floor
                             1313 N. Market Street
                             P.O. Box 951
                             Wilmington, DE 19899
                             Tel: (302) 984-6000

Dated: January 24, 2006
716485

*Attorneys for Plaintiffs FortuNet, Inc. and Millennium Games, Inc., and Counter-defendant Jack Coronel*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                      _____
                                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Nevada, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 24, 2006        Signed: */s/ Michael D. Rounds*
                                     Michael D. Rounds
                                     WATSON ROUNDS
                                     5371 Kietzke Lane
                                     Reno, Nevada 89511
                                     Telephone: (775) 324-4100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 24, 2006, the attached document was mailed via first class mail to the following non-registered participants and was electronically filed with the Clerk of the Court using CM/ECF:

Mark Fox
Toni Harris
Fraser, Treblicock, Davis & Dunlap
124 West Allegan Street, Suite 1000
1000 Michigan National Tower
Lansing, MI 48933

Jeffery Weiss
Karen Sepura
Veronica Adele Cao
Weiss, Moy & Harris
4204 North Brown Avenue
Scottsdale, AZ 85251

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

716600