IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **FORTUNET, INC.**, a Nevada corporation, and **MILLENNIUM, INC.**, a Nevada corporation,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>**MELANGE COMPUTER SERVICES, INC.**, a Michigan corporation, and **PLANET BINGO, LLC**, a California limited liability company,<br><br>Defendants/Counter-Plaintiffs | Misc. Case No. 06-07 (KAJ)<br><br>U.S. District Court for the District of Nevada<br>Case No. – CV-S-04-1448 PMP (PAL) |

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Mark R. Fox of Fraser Trebilcock Davis & Dunlap, P.C. to represent Defendant Melange Computer Services, Inc. in this matter.

*/s/ Kelly E. Farnan*
C. Malcolm Cochran, IV  (#2377)
(cochran@rlf.com)
Kelly E. Farnan (#4395)
(farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
Attorneys for Defendant Melange Computer Services, Inc.

Dated:  January 30, 2006

SO ORDERED this _____ day of _____, 2006.

_____
U.S.D.J.

RLF1-2975279-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Michigan, the State of Florida and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office.

_____
Mark R. Fox
Fraser Trebilcock Davis & Dunlap, P.C.
1000 Michigan National Tower
124 West Allegan Street- Suite 1000
Lansing, Michigan 48933

DATE: January 30, 2006

RLF1-2975232-1

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filings, and hand delivered, to the following:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter, Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE 19899-0951

I hereby certify that on January 30, 2006 I sent the foregoing document by First Class Mail to the following non-registered participants:

> Michael Rounds, Esquire
> Waston Rounds
> 5371 Kietzke Lane
> Reno, Nevada 89511
>
> Jeffrey Weiss, Esquire
> Wiess, Moy & Harris, P.C.
> 4204 North Brown Avenue
> Scottsdale, Arizona 85251-3914

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@RLF.com