# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

KELLY E. FARNAN

DIRECT DIAL NUMBER
302-651-7705
FARNAN@RLF.COM

February 3, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325
Wilmington, DE 19801

Re: <u>FortuNet, Inc. and Millenium, Inc. v. Melange Computer Services, Inc. and Planet Bingo, LLC.; Misc. Action No. 06-007 (KAJ)</u>

Dear Judge Jordan:

Pursuant to District of Delaware Local Rule 7.1.4, I write to inform the Court that Defendant Melange Computer Services, Inc. ("Melange") does not wish to request oral argument on its Motion to Quash. With the filing of Melange's Reply Brief on January 31, 2006, the parties have completed briefing on the Motion and Melange has no objection to the Court deciding the matter on the papers submitted.

If the Court determines that oral argument would be helpful, Melange would like to participate and respectfully requests that any oral argument be held telephonically in light of the fact that underlying case is pending in Nevada and counsel for neither Melange nor FortuNet are located in Delaware.

If Your Honor has any questions, counsel remains available at the Court's convenience.

Respectfully submitted,

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)

KEF:kef
cc:   Clerk of the Court (via e-filing and hand delivery)
      David E. Moore, Esquire (via e-filing and hand delivery)

RLF1-2977350-1