

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

February 7, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
  For the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325
Wilmington, Delaware 19801

    Re:   FortuNet, Inc. and Millenium, Inc. v. Melange Computer Services, Inc. and Planet Bingo, LLC.; Misc. Action No. 06-007 (KAJ)

Dear Judge Jordan:

    I am writing on behalf of plaintiffs FortuNet, Inc. and Millennium Games, Inc. to join in defendant Melange Computer Services, Inc.'s request that oral argument on the pending motion to quash be held telephonically, if Your Honor determines that oral argument would be helpful.

    Counsel are available at the Court's convenience to discuss this matter.

                            Respectfully,

                            /s/ David E. Moore

                            David E. Moore (#3983)

DEM:nmt/718846

cc:   Clerk of the Court (via e-filing and hand delivery)
       Kelly E. Farnan (via e-filing and hand delivery)