# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

KELLY E. FARNAN

DIRECT DIAL NUMBER
302-651-7705
FARNAN@RLF.COM

March 8, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
   for the District of Delaware
Federal Building
844 King Street
Wilmington, DE 19801

    Re:   *Fortunet, Inc. v. Melange Computer Services, Inc.*,
             Misc. Case No. 06-007-KAJ

Dear Judge Jordan:

    This is intended to update the Court as to a significant, new development that occurred yesterday and impacts on Melange's Motion to Quash the subpoena issued by FortuNet and directed to BK Entertainment, Inc. ("BK"), which motion is pending before this Court.

    Yesterday, the U.S. District Court for the District of Nevada, where the underlying case is venued, entertained lengthy oral argument on Melange's Motion for a Protective Order (to prevent FortuNet from obtaining, *inter alia*, any discovery related to its business relationship with BK) and FortuNet's Motion to Compel (seeking answers to interrogatories and the production of documents related to Melange's business relationship with BK). In its ruling from the bench, the Court granted Melange's Motion for a Protective Order and denied FortuNet's Motion to Compel. Attached as Exhibit A is a copy of the minutes of the proceedings from yesterday's hearing on these discovery motions.

    As soon as the written Order issues from the District Court in Nevada, Melange would appreciate the opportunity to file that Order with this Court along with a very short supplemental letter or brief addressing the importance of that Order which Melange respectfully submits is dispositive of the motion pending before this Court. Because the District of Nevada considered the same issue pending before this Court, *i.e.*, that FortuNet is not entitled to any discovery concerning the business relationship between Melange and BK, Melange respectfully requests that its Motion pending in this Court be granted at least on that basis.

RLF1-2988906-1

The Honorable Kent A. Jordan
March 8, 2006
Page 2

     If Your Honor has any questions on this matter, counsel is available at the Court's convenience.

                                              Respectfully,

                                              Kelly E. Farnan

KEF/bw
Enclosure
cc:    Richard L. Horwitz, Esquire (w/enc.)

RLF1-2988906-1

## Mark Fox - Activity in Case 2:04-cv-01448-PMP-PAL Fortunet, Inc. v. Planet Bingo, LLC "Motion Hearing"

**From:** &lt;cmecf@nvd.uscourts.gov&gt;
**To:** &lt;cmecfhelpdesk@nvd.uscourts.gov&gt;
**Date:** 3/7/06 7:33PM
**Subject:** Activity in Case 2:04-cv-01448-PMP-PAL Fortunet, Inc. v. Planet Bingo, LLC "Motion Hearing"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JAM, entered on 3/7/2006 at 4:30 PM PST and filed on 3/7/2006

**Case Name:** Fortunet, Inc. v. Planet Bingo, LLC
**Case Number:** 2:04-cv-1448
**Filer:**
**Document Number:** 89

**Docket Text:**
MINUTES OF PROCEEDINGS - Motion Hearing held on 3/7/2006 before Judge Peggy A. Leen. Crtrm Administrator: *Jeff Miller*; Pla Counsel: *Michael D. Rounds, Esq*; Def Counsel: *Ivan J. Mlachak, Esq., Leah Ayala, Esq. for John Bailey, Esq., Mark R. Fox, Esq.*; Court Reporter/FTR #: *9:29:34 - 10:24:50*; Time of Hearing: *9:30am*. RE: [74] Emergency **SEALED MOTION** to Compel *Interrogatory Responses and Production of Documents* filed by Fortunet, Inc., [73] MOTION for Protective Order filed by Melange Computer Services, Inc., Motion for Protective Order #73 is GRANTED. Motion to compel #74 is DENIED. The expert disclosures deadline is extended three weeks from it's current expiration date. This Court will confer with the District Judge to see if an expedited ruling can be obtained on Plaintiff's motion to amend complaint and/or if it can be referred to this Court for decision. **(no image attached)** (JAM, )

The following document(s) are associated with this transaction:

**2:04-cv-1448 Notice will be electronically mailed to:**

David Comarow    david@austine.com

Mark R. Fox    mfox@fraserlawfirm.com, slubitz@fraserlawfirm.com

Toni L. Harris    tharris@fraserlawfirm.com, ekunc@fraserlawfirm.com

David J. Merrill    dmerrill@baileymerrill.com, wfrost@baileymerrill.com

Michael D Rounds    mrounds@watsonrounds.com, rnofederal@watsonrounds.com, ttrevino@watsonrounds.com

Karen J. Sepura    ksepura@weissiplaw.com

Kirby R Wells    smartinez@kirbywells.com

**2:04-cv-1448 Notice will be delivered by other means to:**

John R. Bailey
Bailey * Merrill
8691 W Sahara Ave
Suite 200
Las Vegas, NV 89117-5830

Ivan J. Mlachak
Weiss, Moy, Harris, P.C.
4204 N. Brown Ave.
Scottsdale, AZ 85251

Jeffrey Weiss
Weiss & Moy, PC
5851 W Charleston Blvd
Las Vegas, NV 89102-