# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FORTUNET, INC., a Nevada corporation and MILLENNIUM GAMES, INC., a Nevada corporation, | )<br>)<br>)<br>) |
| Plaintiffs, | )   Misc. No. 06- 7 (KAJ)<br>) |
| v. | )<br>) |
| MELANGE COMPUTER SERVICES, INC., a Michigan corporation, and PLANET BINGO, LLC., a California limited liability company, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF SUBPOENA

TO:   BK Entertainment
       c/o Gregory E. Karpenko, Esq.
       Fredrikson & Byron
       200 South Sixth Street, Suite 4000
       Minneapolis, MN 55402-1425

PLEASE TAKE NOTICE that plaintiffs FortuNet, Inc. and Millennium Games, Inc. hereby withdraw the December 29, 2005 subpoena duces tecum that was issued out of this Court and directed to BK Entertainment.

|  |  |
|---|---|
| OF-COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By:  */s/ David Moore* |
| Michael D. Rounds | Richard L. Horwitz (#2246) |
| Matthew D. Francis | David E. Moore (#3985) |
| WATSON ROUNDS | Hercules Plaza, 6th Floor |
| 5371 Kietzke Lane | 1313 N. Market Street |
| Reno, NV 89511 | Wilmington, DE 19899-0951 |
| (775) 324-4100 | (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
| Dated: March 21, 2006 | dmoore@potteranderson.com |
|  | *Attorneys for Plaintiffs FortuNet, Inc. and Millennium Games, Inc.* |

718345

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 21, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

C. Malcolm Cochran IV
Kelly E. Farnan
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

I hereby certify that on March 21, 2006, I have Federal Expressed the documents to the following non-registered participants:

| | |
|---|---|
| Mark Fox | Jeffery Weiss |
| Toni Harris | Karen Sepura |
| Fraser, Treblicock, Davis & Dunlap | Veronica Adele Cao |
| 124 West Allegan Street, Suite 1000 | Weiss, Moy & Harris |
| 1000 Michigan National Tower | 4204 North Brown Avenue |
| Lansing, MI 48933 | Scottsdale, AZ 85251 |

BK Entertainment
c/o Gregory E. Karpenko, Esq.
Fredrikson & Byron
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425

By:  */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

716600